UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH
CASE NO. 5:11-CV-74

C.A.F. & ASSOCIATES, LLC                                                                                    PLAINTIFF

v.

PORTAGE, INC. and
PADUCAH REMEDIATION SERVICES, LLC                                                      DEFENDANTS

## SETTLEMENT CONFERENCE ORDER

The matter having been referred to Magistrate Judge Lanny King by District Judge Thomas B. Russell for a settlement conference, and a settlement conference was held in this matter on January 4, 2013, with all parties represented by counsel.

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties have reached an amicable resolution and will submit documentation of same to the Court.

c:      Counsel

P 7.44