UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:11-CV-74-R

C.A.F. & ASSOCIATES LLC                                                             PLAINTIFF

V.

PORTAGE, INC., *et al.*                                                             DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel