UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
[Filed Electronically]

| | |
|---|---|
| C.A.F. & ASSOCIATES, LLC, | ) |
| | ) |
|     PLAINTIFF, | ) CIVIL ACTION NO. 5:11-cv-00074-TBR |
| | ) |
| v. | ) |
| | ) |
| PORTAGE, INC. et al., | ) |
| | ) |
|     DEFENDANTS. | ) |

___

## AGREED ORDER OF DISMISSAL
___

The parties having agreed, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice, each party to bear its own costs.



HAVE SEEN AND AGREED:


*/s/ Michael M. Hirn*_____
Michael M. Hirn
Anthony M. Zelli
DINSMORE & SHOHL LLP
101 South Fifth Street, Ste. 2500
Louisville, Kentucky  40202
michael.hirn@dinsmore.com
anthony.zelli@dinsmore.com
Telephone: 502-540-2344
Facsimile:   502-585-2207
**Counsel for Plaintiff**
*/s/Mark C. Whitlow (with permission)*